UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEBORAH BANKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:05-CV-1813 CAS |
| | ) |
| NATIONAL PERSONNEL RECORDS | ) |
| CENTER and ARNOLD FRANKE, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's claims under Title VII of the Civil Rights Act of 1964 are **DISMISSED** for failure to exhaust administrative remedies.

								 _____
								 **CHARLES A. SHAW**
								 **UNITED STATES DISTRICT JUDGE**

Dated this  15th  day of June, 2006.